# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

| | |
|---|---|
| ISATOU DUKURAY,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS;<br>EQUIFAX; and TRANSUNION CORP;<br>　　　　　Defendants. | CASE NO.  1:23-cv-09043<br>ECF Case<br><br><br>**TRANS UNION, LLC'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Civil Court Of The City Of New York, County of Bronx, to the United States District Court for the Southern District of New York, on the following grounds:

1. Plaintiff Isatou Dukuray served Trans Union on or about September 14, 2023 with a Summons With Endorsed Complaint filed in the Civil Court Of The City Of New York, County of Bronx.  Copies of the Summons With Endorsed Complaint is attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A**.

2. Plaintiff makes claims under, alleges that Defendants violated and alleges that Defendants are liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See, generally, Complaint.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which, thus, supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Civil Court Of The City Of New York, County of Bronx, to the United States District Court for the Southern District of New York.

5. As of the date of this Notice Of Removal, Defendant Experian Information Solutions, Inc. ("Experian") and Equifax Information Services, LLC ("Equifax") have been served. Counsel for Trans Union has contacted counsel and/or corporate representatives for the Defendants Experian and Equifax who have consented to this removal as evidenced by the consents attached hereto as **Exhibit B** and **Exhibit C**.

6. Notice of this removal promptly will be filed with the Civil Court Of The City Of New York, County of Bronx, and served upon all adverse Parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Civil Court Of The City Of New York, County of Bronx, to this United States District Court, Southern District of New York.

Date: October 13, 2023	Respectfully submitted,

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.   (NY #2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 101
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as Transunion Corp.)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **13th day of October, 2023**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **13th day of October, 2023**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Isatou Dukuray<br>2125 Saint Raymond Ave., Apt. 7A<br>Bronx, NY 10462 | |
|---|---|

*/s/ Camille R. Nicodemus*
Camille R. Nicodemus, Esq.   (NY #2807451)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 101
Fax:  (317) 363-2257
E-Mail:  cnicodemus@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as Transunion Corp.)*