UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISATOU DUKURAY,

                        Plaintiff,

            -against-

EXPERIAN INFORMATION SOLUTIONS; EQUIFAX;
and TRANSUNION CORP;

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _10/17/2023____
```

23 Civ. 9043 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On October 13, 2023, Defendant Trans Union, LLC (with the consent of Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC) filed a notice of removal from the Civil Court of New York, Bronx County.  ECF No. 1.

Accordingly, by **November 17, 2023**, Plaintiff shall appear in this action and advise the Court whether he intends to contest removal.  Defendants shall serve this order on Plaintiff and file proof of service on the docket by **November 3, 2023**.

SO ORDERED.

Dated: October 17, 2023
       New York, New York

_____
        ANALISA TORRES
    United States District Judge