```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISATOU DUKURAY,

                Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS; EQUIFAX; and TRANSUNION CORP;

                Defendants.

23 Civ. 9043 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

        The Court is in receipt of Defendant Experian Information Solutions' motion to dismiss for failure to state a claim. ECF Nos. 20–21. Pursuant to Paragraph II.C of the Court's Individual Practices in *Pro Se* Cases, Defendant shall serve Plaintiff with the motion papers and file proof of service on the docket by **December 18, 2023.**

        The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

        SO ORDERED.

Dated: December 4, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge