UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISATOU DUKURAY,

                Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/20/2023_

23 Civ. 9043 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant Experian Information Solutions, Inc.'s motion to dismiss for failure to state a claim. ECF Nos. 20–21. Defendant Trans Union LLC filed a notice of joinder in the motion on December 13, 2023. ECF No. 23. On December 15, 2023, Experian filed proof of service on Plaintiff, Isatou Dukuray. ECF No. 24. Accordingly:

1. By **January 17, 2024**, Plaintiff shall file his opposition papers to Defendants' motion to dismiss; and
2. By **February 7, 2023**, Defendants shall file their reply, if any.

    If Plaintiff intends to file an amended pleading—and not rely on the pleading that is the subject of Defendants' motion—he shall notify the Court and Defendants by **January 3, 2024**.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: December 20, 2023
        New York, New York

                                          ANALISA TORRES
                                          United States District Judge