**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ISATOU DUKURAY,

                        Plaintiff,

          -against-

EXPERIAN INFORMATION
SOLUTIONS, *et al.,*

                    Defendants.
------------------------------------------------------------------X

                 **23 Civ. No. 9043 (AT) (GS)**

                 **<u>VIDEO STATUS</u>**
                **<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, December 19,**

**2024 at 10:00 a.m.**  Defense counsel is directed to submit a joint status letter no later than

**Monday, December 16, 2024** advising the court as to the status of this matter.  The Parties are

directed to join the conference via Microsoft Teams at the scheduled time using the following

link: Click here to join the meeting.  **Meeting ID: [258 046 825 823]  Passcode: [5n5FKi]**

        **SO ORDERED.**

DATED:     New York, New York
            October 30, 2024

                               _____
                              The Honorable Gary Stein
                              United States Magistrate Judge